# United States District Court
# Northern District of Illinois – CM/ECF LIVE, Ver 4.2 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:10−cv−07219

| | |
|---|---|
| Ruddy v. Wilmot Mountain | Date Filed: 11/09/2010 |
| Assigned to: Honorable Sharon Johnson Coleman | Date Terminated: 08/12/2011 |
| Demand: $75,000 | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity−Personal Injury | Nature of Suit: 360 P.I.: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

**Todd Ruddy**     represented by     **Richard Ira Levin**
Levin, Riback Law Group, P.C.
60 West Randolph Street
Suite 333
Chicago, IL 60601
312−782−6717
Email: rlevin@levinriback.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Wilmot Mountain, Inc.**     represented by     **Edward H. Nielsen**
Pretzel &Stouffer, Chtd.
One South Wacker Drive
Suite 2500
Chicago, IL 60606−4673
(312) 346−1973
Email: enielsen@pretzel−stouffer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott L Anderson**
Pretzel &Stouffer, Chtd.
One South Wacker Drive
Suite 2500
Chicago, IL 60606−4673
(312) 346−1973
Email: sanderson@pretzel−stouffer.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/09/2010 | Ï 1 | COMPLAINT filed by Todd Ruddy; Jury Demand. Filing fee $ 350, receipt number 0752−5404835.(Levin, Richard) (Entered: 11/09/2010) |
| 11/09/2010 | Ï 2 | CIVIL Cover Sheet (Levin, Richard) (Entered: 11/09/2010) |

| 11/09/2010 | Ï 3 | ATTORNEY Appearance for Plaintiff Todd Ruddy by Richard Ira Levin (Levin, Richard) (Entered: 11/09/2010) |
|---|---|---|
| 11/09/2010 | Ï | CASE ASSIGNED to the Honorable Sharon Johnson Coleman. Designated as Magistrate Judge the Honorable Sheila M. Finnegan. (jn, ) (Entered: 11/09/2010) |
| 01/18/2011 | Ï 4 | MINUTE entry before Honorable Sharon Johnson Coleman:This case has been assigned to the calendar of Judge Sharon Johnson Coleman. The parties are directed to meet pursuant to Federal Rule of Civil Procedure 26(f) and conduct a planning conference. At least 5 working days before the initial status hearing, please file an initial status report not exceeding 5 pages (with a courtesy copy to the Courtroom Deputy, Room 1428). The Initial Status Report should contain the information found on the Courts webpage at http://www.ilnd.uscourts.gov located under District Judges, Judge Sharon Johnson Coleman, Case Management Procedures, Initial Status Conference. Status hearing set for 3/28/2011 at 09:00 AM.Mailed notice (keg, ) (Entered: 01/18/2011) |
| 03/23/2011 | Ï 5 | ATTORNEY Appearance for Defendant Wilmot Mountain, Inc. by Scott L Anderson (Anderson, Scott) (Entered: 03/23/2011) |
| 03/23/2011 | Ï 6 | WAIVER OF SERVICE returned executed by Wilmot Mountain, Inc.. Wilmot Mountain, Inc. waiver sent on 2/25/2011, answer due 4/26/2011. (Anderson, Scott) (Entered: 03/23/2011) |
| 03/23/2011 | Ï 7 | ATTORNEY Appearance for Defendant Wilmot Mountain, Inc. by Edward H. Nielsen (Nielsen, Edward) (Entered: 03/23/2011) |
| 03/28/2011 | Ï 8 | MINUTE entry before Honorable Sharon Johnson Coleman:Status hearing held and continued to 6/20/2011 at 09:00 AM. Defendant is given to 4/11/2011 to file its motion to dismiss or transfer and supporting memoranda. Response is to be filed by 5/2/2011. Reply is to be filed by 5/9/2011. Court will rule by mail.Mailed notice (jms, ) (Entered: 03/28/2011) |
| 03/28/2011 | Ï 9 | MINUTE entry before Honorable Sharon Johnson Coleman: Parties approach for a second status hearing.Status hearing held. Plaintiff's oral motion for expedited discovery after the motion to dismiss or transfer is granted. Defendant is given to 4/11/2011 to file its motion to dismiss or transfer. Plaintiff is to issue any necessary discovery by 4/18/2011. Response to discovery to be completed by 5/2/2011. Plaintiff's response to the motion to dismiss or transfer is to be filed by 5/23/2011 Reply is to be filed by 5/31/2011. Status hearing date of 6/20/2011 is reset for 7/25/2011 at 09:00 AM.Mailed notice (jms, ) (Entered: 03/28/2011) |
| 04/11/2011 | Ï 10 | MOTION by Defendant Wilmot Mountain, Inc. to dismiss *or Transfer* (Attachments: # 1 Affidavit)(Anderson, Scott) (Entered: 04/11/2011) |
| 05/19/2011 | Ï 11 | MOTION by Plaintiff Todd Ruddy for extension of time to complete discovery *and extend briefing schedule* (Attachments: # 1 Exhibit 3/28/2011 Order)(Levin, Richard) (Entered: 05/19/2011) |
| 05/19/2011 | Ï 12 | NOTICE of Motion by Richard Ira Levin for presentment of motion for extension of time to complete discovery 11 before Honorable Sharon Johnson Coleman on 5/25/2011 at 08:45 AM. (Levin, Richard) (Entered: 05/19/2011) |
| 05/25/2011 | Ï 13 | MINUTE entry before Honorable Sharon Johnson Coleman:Motion hearing held on 5/25/2011 regarding plaintiff's motion for extension of time to complete discovery 11 and the motion is granted. Plaintiff to issue additional venue/jurisdiction discovery requests by May 27, 2011. All outstanding venue/jurisdiction discovery to be answered by June 10, 2011. Plaintiff's response to Motion to Dismiss or Transfer due by June 24, 2011. Defendants' reply due July 1, 2011. The court will rule by mail. Status set for 7/25/2011 to stand. Mailed notice (keg, ) Modified on 5/27/2011 (keg, ). (Entered: 05/27/2011) |
| 06/21/2011 | Ï 14 | MOTION by Plaintiff Todd Ruddy for extension of time to file response/reply as to motion to |

| | | |
|---|---|---|
| | | dismiss 10 (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Levin, Richard) (Entered: 06/21/2011) |
| 06/21/2011 | ỉ 15 | NOTICE of Motion by Richard Ira Levin for presentment of motion for extension of time to file response/reply, motion for relief 14 , motion to dismiss 10 before Honorable Sharon Johnson Coleman on 6/23/2011 at 08:45 AM. (Levin, Richard) (Entered: 06/21/2011) |
| 06/23/2011 | ỉ 16 | MINUTE entry before Honorable Sharon Johnson Coleman:Motion hearing held on 6/23/2011 regarding agreed motion 14 to extend briefing schedule for defendant's motion to dismiss or transfer 10 . The motion is granted. Plaintiff is to respond by 7/1/2011 and defendant to reply by 7/8/2011. Status hearing set for 7/25/2011 is stricken and reset to 8/15/2011 at 9:00 a.m. Mailed notice (keg, ) (Entered: 06/23/2011) |
| 07/01/2011 | ỉ 17 | RESPONSE by Todd Ruddy to MOTION by Defendant Wilmot Mountain, Inc. to dismiss *or Transfer* 10 (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Levin, Richard) (Entered: 07/01/2011) |
| 07/01/2011 | ỉ 18 | NOTICE by Todd Ruddy re response to motion 17 (Levin, Richard) (Entered: 07/01/2011) |
| 07/08/2011 | ỉ 19 | REPLY by Wilmot Mountain, Inc. to response to motion 17 (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Anderson, Scott) (Entered: 07/08/2011) |
| 08/12/2011 | ỉ 20 | MINUTE entry before Honorable Sharon Johnson Coleman:Status hearing set for 8/15/2011 is stricken. Mailed notice (keg, ) (Entered: 08/12/2011) |
| 08/12/2011 | ỉ 21 | MINUTE entry before Honorable Sharon Johnson Coleman: Defendant's Motion to Dismiss or Transfer 10 is granted. This matter is transferred to the Eastern District of Wisconsin. Enter Memorandum Opinion and Order. Civil case terminated. Mailed notice (tlm) (Entered: 08/12/2011) |
| 08/12/2011 | ỉ 22 | MEMORANDUM Opinion and Order signed by the Honorable Sharon Johnson Coleman on 8/12/2011. Mailed notice (tlm) (Entered: 08/12/2011) |
| 08/26/2011 | ỉ 23 | TRANSFERRED to the Eastern District of Wisconsin, Milwaukee the electronic record. Mailed letter to counsel of record. (mr, ) (Entered: 08/26/2011) |