

# Carney, Davies & Thorpe
LAW FIRM

Facsimile: 608-754-1900                                    Telephone: 608-754-1700

November 14, 2011

Judge J. P. Stadtmueller
Eastern District of Wisconsin
517 E Wisconsin Ave # 362
Milwaukee, WI 535202

Re:   *Ruddy v. Wilmont Mountain, Inc.*
      2:2011-cv-00816

Dear Judge Stadtmueller:

A Motion for Reconsideration of the Opinion and Order signed by the Honorable Sharon Johnson Coleman on August 12, 2011, transferring this case to the Eastern District of Wisconsin has been filed in the United States District Court for the Northern District of Illinois, Eastern Division, Case No. 1:10-cv-07219. The motion was filed by counsel of record for the Plaintiff in the Northern District of Illinois. It does not appear this Court was provided a copy of the motion, nor given notice of it.

Accordingly, I am giving the Court and counsel notice of the motion. I do not know what, if anything, further should be done before this Court during the pendency of the motion now before the Northern District of Illinois.

                                          Sincerely,

                                          CARNEY, DAVIES & THORPE, LLC

                                          James A. Carney

JAC:RRE
Enc.
Attorney Thomas Terwilliger
Attorney Scott L Anderson
Attorney Richard Levin

2620 N. Pontiac Drive • P.O. Box 2000 • Janesville, Wisconsin 53547-2000
www.cdtlaw.com
Case 2:11-cv-00816-JPS   Filed 11/14/11   Page 1 of 1   Document 37